BRYAN SCHRODER
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:21-cr-00023-JMK-DMS |
|---|---|
| Plaintiff, | ) |
| | ) COUNTS 1, 2, AND 3: |
| vs. | ) DISTRIBUTION OF A CONTROLLED |
| | ) SUBSTANCE |
| | )   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| TROY MILLS, | ) |
| | ) COUNTS 4 AND 5: |
| Defendant. | ) FELON IN POSSESSION OF A FIREARM |
| | )   Vio. of 18 U.S.C. § 922(g)(1) and |
| | ) 924(a)(2) |
| | ) |
| | ) CRIMINAL FORFEITURE |
| | ) ALLEGATION: |
| | )   18 U.S.C. § 924(d)(1) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about April 17, 2020, within the District of Alaska, the defendant, TROY MILLS, did knowingly and intentionally distribute a controlled substance, to wit: a mixture or substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 2

On or about May 21, 2020, within the District of Alaska, the defendant, TROY MILLS, did knowingly and intentionally distribute a controlled substance, to wit: a mixture or substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 3

On or about June 4, 2020, within the District of Alaska, the defendant, TROY MILLS, did knowingly and intentionally distribute a controlled substance, to wit: a mixture or substance containing a detectable amount of heroin and a mixture or substance containing a detectable amount of methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

COUNT 4

On or about July 29, 2020, within the District of Alaska, the defendant, TROY MILLS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, to wit: a .40 Beretta pistol.

Convictions

| Conviction Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| February 10, 2012 | Felony DUI | Alaska Superior Court | 3AN-11-13012CR |
| October 13, 2015 | Felon in Possession of a Firearm | United States District Court, District of Alaska | 3:15-cr-00016 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 5

On or about July 30, 2020, within the District of Alaska, the defendant, TROY MILLS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

1. a .223 caliber Aero Precision Rifle,
2. a .40 caliber Sig Sauer pistol, and
3. a .40 Beretta pistol.

### Prior Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| February 10, 2012 | Felony DUI | Alaska Superior Court | 3AN-11-13012CR |
| October 13, 2015 | Felon in Possession of a Firearm | United States District Court, District of Alaska | 3:15-cr-00016 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 4 and 5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) as set forth in Counts 4 and 5 of this Indictment, the defendant, TROY MILLS, shall forfeit to the United States of America any firearm or ammunition involved in or used in any knowing commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

1. .223 caliber Aero Precision Rifle, serial number M40158322, and associated ammunition.
2. .40 Beretta pistol, serial number PY140791, and associated ammunition.

All pursuant to 18 U.S.C. § 924(d)(1) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon for
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

Date: February 17, 2021